IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Defendant's Request for Order to Depose Plaintiff**

**Pursuant to Fed.R.Civ.P. 30(A)(2)**, (docket no. 62, the "Motion") filed July 15, 2005.

IT IS ORDERED that the Motion is GRANTED.  Defendant may take the deposition of

plaintiff at his place of incarceration.

Dated July 18, 2005.

BY THE COURT:


/s/ Boyd N. Boland
United States Magistrate Judge