IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Defendant's Motion to Strike Plaintiff's Reply in Support of Injunctive Relief** (the "Motion to Strike"), filed June 30, 2005. The defendant seeks an order striking the plaintiff's reply in support of his motion for injunctive relief on the basis that the reply exceeds the Court's page limitations. I have issued a separate order striking the reply because it was filed prematurely. Accordingly,

IT IS ORDERED that the Motion to Strike is DENIED AS MOOT.

Dated August 5, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge