IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

# ORDER
_____

This matter is before me on the plaintiff's **Motion for Leave to Amend Complaint** (the "Motion"), filed September 16, 2005. The plaintiff filed his initial Complaint on October 14, 2004. The plaintiff was ordered to amend his Complaint to cure deficiencies. The plaintiff filed a First Amended Complaint on November 29, 2004. The plaintiff filed a Second Amended Complaint on February 2, 2005. The defendant filed an Answer to the Second Amended Complaint on April 19, 2005. The plaintiff now seeks leave to supplement his Second Amended Complaint with several paragraphs of allegations.

The Federal Rules of Civil Procedure provide that a complaint may be amended as follows:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party.

Fed.R.Civ.P. 15(a).

The plaintiff already has amended his initial Complaint as of right, and the defendant has served a responsive pleading. Therefore, the plaintiff may not amend again unless he obtains either leave of Court or written consent from the defendant. Id. The plaintiff has properly sought leave of Court to amend is Second Amended Complaint. However, the plaintiff may not simply file piecemeal amendments and supplements to the Second Amended Complaint. Rather, he must amend his Complaint pursuant to Fed.R.Civ.P. 15(a). He must file a motion seeking leave of the Court to amend his Second Amended Complaint. Fed.R.Civ.P. 15(a). The motion must detail the proposed amendments and the reasons why such amendments are necessary. The plaintiff must attach a proposed third amended complaint, entitled "Third Amended Complaint," to the motion. The plaintiff may not incorporate his previous complaints into the proposed third amended complaint. The proposed third amended complaint must stand alone; it must contain all of the plaintiff's claims. For these reasons,

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to compliance with this Order.

Dated September 21, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge