IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Request for Clarification**, filed September 29,

2005.  The plaintiff seeks clarification of my order issued September 21, 2005, wherein I denied

without prejudice the plaintiff's amended motion to amend his complaint, filed September 16,

2005.

My order does not need clarification.  If the plaintiff wishes to amend his complaint, he

must follow the clear directives of my order:

> He must file a motion seeking leave of the Court to amend his
> Second Amended Complaint.  Fed.R.Civ.P. 15(a).  The motion
> must detail the proposed amendments and the reasons why such
> amendments are necessary.  The plaintiff must attach a proposed
> third amended complaint, entitled "Third Amended Complaint," to
> the motion.  The plaintiff may not incorporate his previous
> complaints into the proposed third amended complaint.  The
> proposed third amended complaint must stand alone; it must
> contain all of the plaintiff's claims.

IT IS ORDERED that the Motion to Clarify is DENIED.

Dated October 12, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge