IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued October 28, 2005, that Plaintiff's motion for injunctive relief be denied. Plaintiff failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the motion, response, reply, attached exhibits, and recommendation, and I agree with Magistrate Judge Boland that the motion should be denied. I do note, though, that the recommendation is based on the old "heavily and compellingly" standard regarding disfavored preliminary injunctions. Recently, in *O Centro Espirita Beneficiente Uniao Do Vegetal v. Ashcroft*, the Tenth Circuit rejected this standard, and held that disfavored types of preliminary injunctions "must be more closely scrutinized to assure that the exigencies of the case support the granting of a remedy that is extraordinary

even in the normal sense." 389 F.3d 973, 975 (10th Cir. 2004). Nonetheless, for substantially the same reasons that Magistrate Judge Boland found that Plaintiff had failed to meet the old standard, I find that he has failed to meet the standard from *O Centro*.[1]

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Boland, issued October 28, 2005 (Docket No. 115), is accepted as provided in this Order.

2. Plaintiff's motion for injunctive relief, filed April 28, 2005 (Docket No. 27), is denied.

DATED at Denver, Colorado, on December 27, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

---

[1] Although Magistrate Judge Boland's recommendation focuses on the irreparable injury element, I also note that Plaintiff has failed to meet his burden under the likelihood of success element as well.