IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the plaintiff's **Motion for Leave to Append Appendix 1- 37 (Doc. # 83 and 85) to Third Amended Complaint** (the "Motion"), filed on October 14, 2005.

      IT IS ORDERED that the Motion is GRANTED.

DATED:  January 18, 2006