IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for an Order Determining the Necessity of a Certificate of Review Pursuant to C.R.S. 13-20-602** (the "Motion"), filed September 27, 2005. The plaintiff requests that the Court determine if a certificate of review is necessary in this case. This determination has already been made. *Order issued August 5, 2005*, p. 3.

IT IS ORDERED that the Motion is DENIED.

Dated January 18, 2006.

                                                BY THE COURT:

                                                s/Boyd N. Boland
                                                United States Magistrate Judge