IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02128-WDM-BNB

DAVID J. STERLING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Suggestion to Vacate, Suspend or Modify Scheduling Order** (the "Motion"), filed March 17, 2006. The Motion states the following:

> As a result of Judge Miller's March 2, 06, Order on Recommendation allowing my claims in states other than Colorado to proceed, and my recent (March 8, 06) Motion for Leave to Amend, Fourth Amended Complaint with Appendix 1-38, I respectfully suggest that the Feb. 8, 06, Scheduling Order be vacated, suspended or modified.

"An application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed.R.Civ.P. 7(b). The plaintiff fails to state with any specificity the relief he seeks. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated March 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge