IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-02128-WDM-BNB

DAVID J. STERLING,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland (Docket No. 170) that Plaintiff's Complaint for Fraud, Misrepresentations, Bad Faith and Motion to Show Cause Why this Case Should Not be Reopened (construed as a motion pursuant to Fed. R. Civ. P. 60(b0(3)) (Docket No. 161) be denied.  Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).  However, it appears that Plaintiff desired to file objections to the recommendation as he filed a Motion for Extension of Time to Respond to Recommendation of United States Magistrate Judge (Docket No. 171).  In this motion, Plaintiff requested an up to and including October 10, 2007 to file a response to the recommendation.  This Court granted the motion for extension but only up to and including September 21, 2007 (Docket No. 173).  Notice was mailed to Plaintiff at the

PDF Final

address he submitted on October 10, 2006 (Docket No. 160), but was returned to sender on September 25, 2007 (Docket No. 174).  In light of this, if, after this Order, Plaintiff wishes to file a response to the recommendation, such response will be treated as a motion to reconsider and this Court will consider it at that time.

After a review of the pertinent portions of the record, including the recommendation of Magistrate Judge Boland, and Plaintiff's Motion, I conclude that the recommendation should be accepted.  I agree with Magistrate Judge Boland that the circumstances do not warrant re-opening of the case.

Accordingly, it is ordered that the recommendation of Magistrate Judge Boyd N. Boland (Docket No. 170) is accepted and Plaintiff's motion (Docket No. 161) is denied.

DATED at Denver, Colorado, on September 28, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge