IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-02128-WDM-BNB

DAVID J. STERLING,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER ON MOTION TO STAY PROCEEDINGS

Miller, J.

    This case is before me on the Plaintiff's Motion to Stay Proceedings (Docket No. 176). Plaintiff filed this motion because prison officials allegedly destroyed many of his legal files and mailed many more of his legal files to his ex-wife of thirty-two years. Plaintiff asserts that he is unable to prosecute the case due to the loss of these files. He requests that the proceedings be stayed "until such a time as Plaintiff can discover if there remains any files which could form a basis of written objections." (Mtn. To Stay at 2.) For the reasons set forth below, this motion shall be denied except to the extent permitted for filing of a motion for reconsideration as discussed below.

    Plaintiff originally brought his claim on October 14, 2004 against the United States. The parties entered into a Stipulation for Compromise Settlement on April 14, 2006. Thereafter, on January 22, 2007 Plaintiff filed a Complaint for Fraud,

Misrepresentations, Bad Faith and Motion to Show Cause Why this Case Should not be Reopened (Docket No. 161).  Magistrate Judge Boyd N. Boland issued a recommendation on August 27, 2007 (Docket No. 170) that Plaintiff's motion should be denied.  Plaintiff did not file an objection to the recommendation and, therefore, was not entitled to *de novo* review.  28 U.S.C. § 636(b).  However, it appeared that Plaintiff may have intended to file an objection as he filed a Motion for Extension of Time to Respond to Recommendation of Magistrate Judge (Docket No. 171).  In this motion Plaintiff requested up to and including October 10, 2007 to file a response to the recommendation.  I granted the motion for extension but only up to and including September 21, 2007 (Docket No. 173).  Notice was mailed to Plaintiff at the address he submitted on October 10, 2006 (Docket No. 160), but was returned to sender on September 25, 2007 (Docket No. 174).  I accepted Magistrate Judge Boland's recommendation on September 28, 2007 (Docket No. 175) noting that the circumstances surrounding Plaintiff's potential objections were unique.  Therefore, I indicated that I would accept objections filed after I accepted the recommendation and treat them as a motion to reconsider.

It is now appropriate to provide a date certain by which Plaintiff must file his objections.  I will allow Plaintiff thirty days to file objections (to be treated as a motion to reconsider) or a motion to reconsider.  This makes the deadline Monday, November 26, 2007.  Because there have been problems mailing documents to Plaintiff before, a second copy of both Magistrate Judge Boland's recommendation and my Order accepting the recommendation shall be mailed to Plaintiff again.

Accordingly, it is ordered

1. Plaintiff's Motion to Stay Proceedings (Docket No. 176) is denied.

2. Plaintiff shall have thirty days, up to and including November 26, 2007, in which to file objections to Magistrate Judge Boland's recommendation (Docket No. 170) or a motion to reconsider my acceptance of his recommendation (Docket No. 175).

3. The Clerk of the Court shall mail a copy of Magistrate Judge Boland's recommendation (Docket No. 170) and my Order accepting the recommendation (Docket No. 175) to Plaintiff.

DATED at Denver, Colorado, on October 26, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge